## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-00358-RJC-DSC

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BANK OF AMERICA CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Sal Lim]" (document # 4) filed June 13, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 13, 2013

David S. Cayer
United States Magistrate Judge