

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Intellectual Ventures I LLC )
)
vs. )   Case No. 3:13-cv-358
)
Bank of America Corporation )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____ J. Daniel Bishop _____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Marc Belloli

**BUSINESS ADDRESS (include firm name):** Feinberg Day Alberti & Thompson LLP

1600 El Camino Real, Suite 280

**CITY:** Menlo Park   **STATE:** California   **ZIP:** 94025

**OFFICE TELEPHONE:** ( 650 ) 618.4360   **FAX NUMBER:** ( 650 ) 618.4368

**E-MAIL ADDRESS** (*required*):

mbelloli@feinday.com

This attorney will be representing:

Intellectual Ventures I LLC and Intellectual Ventures II LLC

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: _____,
and/or the highest court of the State of
California_____, and/or the District of
Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

Signature: _____

J. Daniel Bishop
**Printed Name**

Erwin, Bishop, Capitano & Moss, P.A.
**Firm**

4521 Sharon Road, Suite 350
**Street Address**

Charlotte, North Carolina 28211
**City, State, Zip**

704.716.1200
**Telephone Number**

704.716.1201
**Fax Number**

dbishop@ebcmlaw.com
**E-Mail Address**