

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

INTELLECTUAL VENTURES I LLC, ET AL. )
)
)
vs. )  Case No. 3:13-CV-00358
)
)
BANK OF AMERICA CORPORATION, ET AL. )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Stacie C. Knight_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Arthur Wallis Coviello

**BUSINESS ADDRESS (include firm name):** WilmerHale LLP, 950 Page Mill Road

**CITY:** Palo Alto  **STATE:** CA  **ZIP:** 94304
**OFFICE TELEPHONE:** ( 650 ) 858-6069  **FAX NUMBER:** ( 650 ) 858-6100
**E-MAIL ADDRESS** (required):
arthur.coviello@wilmerhale.com

This attorney will be representing:

Bank of America Corporation and Bank of America, National Association

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: See Exhibit A and/or the highest court of the State of Massachusetts , and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

Signature: *[signature]*

Stacie C. Knight
**Printed Name**

Winston & Strawn LLP
**Firm**

100 N Tryon Streer
**Street Address**

Charlotte, NC 28202
**City, State, Zip**

704.350.7712
**Telephone Number**

704.350.7800
**Fax Number**

sknight@winston.com
**E-Mail Address**

# EXHIBIT A

## ARTHUR WALLIS COVIELLO – COURTS TO WHICH ADMITTED

| Court | Date Admitted |
|---|---|
| Supreme Judicial Court of Massachusetts | February 8, 2008 |
| U.S. Court of Appeals for the Federal Circuit | August 13, 2008 |
| District of Columbia Court of Appeals | July 10, 2009 |
| U.S. Court of Appeals for Veterans Claims | September 14, 2009 |