IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00358-RJC-DSC

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et. al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BANK OF AMERICA CORPORATION, et. al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Arthur Wallis Corviello]" (document #30) filed August 26, 2013. For the reasons stated therein, the Motion is <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 26, 2013

_David S. Cayer_
United States Magistrate Judge