IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:13-cv-00358-RJC<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BANK OF AMERICA CORPORATION |

By stipulation of the parties, pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed without prejudice against Defendant Bank of America Corporation only.

This 28th day of August, 2013.

s/J. Daniel Bishop
J. Daniel Bishop (NC Bar No. 17333)
Amy N. Bokor (NC Bar No. 35316)
ERWIN, BISHOP, CAPITANO & MOSS, P.A.
4521 Sharon Road, Suite 350
Charlotte, North Carolina 28211
Phone: (704) 716-1200
Fax: (704) 716-1201
Email: dbishop@ebcmlaw.com
Email: abokor@ebcmlaw.com


s/J. Daniel Bishop for, by permission
Ian N. Feinberg (Cal. Bar No. 88324)
M. Elizabeth Day (Cal. Bar No. 177125)
Marc C. Belloli (Cal. Bar No. 244290)
Sal Lim (Cal. Bar No. 211836)
(Pro hac vice)
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618-4364
Fax: (650) 618-4368
Email: ifeinberg@feinday.com
Email: eday@feinday.com
Email: mbelloli@feinday.com
Email: slim@feinday.com

Attorneys for Intellectual Ventures

s/J. Daniel Bishop for, by permission
Amanda L. Groves
agroves@winston.com
Stacie C. Knight
sknight@winston.com
WINSTON & STRAWN LLP
100 N. Tryon Street, Suite 2900
Charlotte, NC 28202
(704) 350-7700

William F. Lee, *pro hac vice*
william.lee@wilmerhale.com
Michael J. Summersgill, *pro hac vice*
michael.summersgill@wilmerhale.com
Donald R. Steinberg, *pro hac vice*
donald.steinberg@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Nina S. Tallon, *pro hac vice*
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Arthur W. Coviello, *pro hac vice*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6069

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2013, I served a copy of the foregoing document on all counsel who have consented to electronic service by filing it electronically and via the Court's CM/ECF system. I served any other counsel of record not deemed to have consented to electronic service by facsimile on the same date.

s/J. Daniel Bishop
J. Daniel Bishop
