UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br><br>and<br><br>INTELLECTUAL VENTURES II LLC<br><br>Plaintiffs,<br>vs.<br>BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>Defendant. | Civil Action No. 3:13-cv-00358-RJC<br><br>Jury Trial Demanded |
| BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>Counterclaimant,<br>vs.<br>INTELLECTUAL VENTURES I LLC<br><br>and<br><br>INTELLECTUAL VENTURES II LLC<br><br>Counterdefendants. | |

### SECOND DECLARATION OF NINA S. TALLON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS IV'S CLAIMS OF <u>INDUCED AND CONTRIBUTORY INFRINGEMENT</u>

I, Nina S. Tallon, declare as follows:

      1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for Bank of America, National Association in the above-entitled action. I am licensed to practice law in the Commonwealth of Massachusetts and the District of Columbia. I am familiar

with the facts set forth herein, and if called as a witness, I could and would testify to those facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Counterclaim of Defendant Cygus Medical, LLC (Dkt. 32) in *Medtrica Solutions, Ltd. v. Cygnus Med., LLC*, No. 12-cv-538 (W.D. Wash).

3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Complaint for Patent Infringement (Dkt. 21) in *Pacing Techs., LLC v. Garmin Int'l, Inc.*, No. 12-cv-1067 (S.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed: October 21, 2013    /s/ Nina S. Tallon
                              Nina S. Tallon

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on October 21, 2013. As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this same date.

                                        */s/ Nina S. Tallon*
                                        Nina S. Tallon