UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br><br>and<br><br>INTELLECTUAL VENTURES II LLC<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>Defendant.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>Counterclaimant,<br><br>vs.<br><br>INTELLECTUAL VENTURES I LLC<br><br>and<br><br>INTELLECTUAL VENTURES II LLC<br><br>Counterdefendants. | Civil Action No. 3:13-cv-00358-RJC |

**BANK OF AMERICA'S MOTION TO STAY PENDING THE
COVERED BUSINESS METHOD REVIEW OF THE ASSERTED PATENTS
BY THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Bank of America, National Association ("BANA") respectfully moves the Court to stay this case pending the United States Patent and Trademark Office's consideration of BANA's petitions for Covered Business Method Review of United States Patent Nos. 8,083,137; 6,182,894; 7,260,587; 7,603,382; and 7,664,701 (collectively, the "asserted patents").

The grounds for this Motion are more fully set forth in the Memorandum in Support of Bank of America's Motion to Stay Pending the Covered Business Method Review of the Asserted Patents by the United States Patent and Trademark Office.

Pursuant to Local Rule 7.1(B), BANA certifies that it has conferred with counsel for Intellectual Ventures I and Intellectual Ventures II regarding the relief sought by this motion and that the parties were unable to reach agreement.

Dated November 13, 2013	By:	 */s/ Michael J. Summersgill*
		Amanda L. Groves
		agroves@winston.com
		Stacie C. Knight
		sknight@winston.com
		WINSTON &STRAWN LLP
		100 N. Tryon Street, Suite 2900
		Charlotte, NC 28202
		(704) 350-7700

		William F. Lee, *pro hac vice*
		william.lee@wilmerhale.com
		Donald R. Steinberg, *pro hac vice*
		donald.steinberg@wilmerhale.com
		Michael J. Summersgill, *pro hac vice*
		michael.summersgill@wilmerhale.com
		WILMER CUTLER PICKERING
		    HALE AND DORR LLP
		60 State Street
		Boston, MA 02109
		(617) 526-6000

		Nina S. Tallon, *pro hac vice*
		nina.tallon@wilmerhale.com
		WILMER CUTLER PICKERING

HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Arthur W. Coviello, *pro hac vice*
arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on November 13, 2013. As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this same date.

*/s/ Michael J. Summersgill*
Michael J. Summersgill
