**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC <br><br> and <br><br> INTELLECTUAL VENTURES II LLC <br><br> Plaintiffs, <br> vs. <br> BANK OF AMERICA, NATIONAL ASSOCIATION <br><br> Defendant. | Civil Action No. 3:13-cv-00358-RJC <br><br> Jury Trial Demanded |
| BANK OF AMERICA, NATIONAL ASSOCIATION <br><br> Counterclaimant, <br> vs. <br> INTELLECTUAL VENTURES I LLC <br><br> and <br><br> INTELLECTUAL VENTURES II LLC <br><br> Counterdefendants. | |

**DECLARATION OF MICHAEL J. SUMMERSGILL IN SUPPORT OF**
**BANK OF AMERICA'S MOTION TO STAY**

I, Michael J. Summersgill, declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and

counsel for Bank of America, National Association in the above-entitled action.  I am licensed to

practice law in the Commonwealth of Massachusetts. I am familiar with the facts set forth herein, and if called as a witness, I could and would testify to those facts under oath.

2.    Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 8,083,137.

3.    Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 6,182,894.

4.    Attached hereto as Exhibit 3 is a true and correct copy of United States Patent No. 7,260,587.

5.    Attached hereto as Exhibit 4 is a true and correct copy of United States Patent No. 7,603,382.

6.    Attached hereto as Exhibit 5 is a true and correct copy of United States Patent No. 7,664,701.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed:  November 13, 2013                  _/s/ Michael J. Summersgill_____
                                                                Michael J. Summersgill

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on November 13, 2013.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this same date.

 */s/ Michael J. Summersgill*
Michael J. Summersgill