IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC** and **INTELLECTUAL VENTURES II LLC**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**BANK OF AMERICA CORPORATION** and **BANK OF AMERICA, NATIONAL ASSOCIATION**,<br><br>    Defendants. | Case No. 3:13-cv-358-RJC-DSC |

**ORDER**

**THIS MATTER** is before the Court on "Bank of America's Motion to Stay Pending the Covered Business Method Review of the Asserted Patents by the United States Patent and Trademark Office" (document #51) filed November 13, 2013. In their "Response …" (document #53) filed December 2, 2013, Plaintiffs state that they do not oppose the Motion.

**THEREFORE, IT IS ORDERED** that:

1. "Bank of America's Motion to Stay Pending the Covered Business Method Review of the Asserted Patents by the United States Patent and Trademark Office" (document #51) is **GRANTED**.

2. This case is **STAYED** pending the United States Patent and Trademark Office's consideration of BANA's petitions for Covered Business Method Review of United States Patent Nos. 8,083,137; 6,182,894; 7,260,587; 7,603,382; and 7,664,701 (collectively, the "asserted patents").

3. The parties' counsel shall inform the Court within ten days of their receipt of a decision by the United States Patent and Trademark Office.

4. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: December 3, 2013

David S. Cayer
United States Magistrate Judge