IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Defendant.<br><br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Counterclaimants,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC<br><br>Counterdefendants. | CASE NO. 3:13-cv-358<br><br><br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, OF THIRD CLAIM FOR RELIEF** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of the Third Claim for Relief in the First Amended Complaint (Infringement of U.S. Patent No. 6,182,894).

This the 28th day of January, 2014.

| | |
|---|---|
| s/J. Daniel Bishop | /s/ Michael J. Summersgill |
| J. Daniel Bishop (NC Bar No. 17333) | Amanda L. Groves |
| Amy N. Bokor (NC Bar No. 35316) | agroves@winston.com |
| ERWIN, BISHOP, CAPITANO & MOSS, P.A. | Stacie C. Knight |
| 4521 Sharon Road, Suite 350 | sknight@winston.com |
| Charlotte, North Carolina 28211 | WINSTON & STRAWN LLP |
| Phone: (704) 716-1200 | 100 N. Tryon Street, Suite 2900 |
| Fax: (704) 716-1201 | Charlotte, NC 28202 |
| Email: dbishop@ebcmlaw.com | (704) 350-7700 |
| Email: abokor@ebcmlaw.com | |
| | William F. Lee, *pro hac vice* |
| | william.lee@wilmerhale.com |
| s/J. Daniel Bishop for, by permission | Michael J. Summersgill, *pro hac vice* |
| Ian N. Feinberg (Cal. Bar No. 88324) | michael.summersgill@wilmerhale.com |
| M. Elizabeth Day (Cal. Bar No. 177125) | Donald R. Steinberg, *pro hac vice* |
| Marc C. Belloli (Cal. Bar No. 244290) | donald.steinberg@wilmerhale.com |
| Sal Lim (Cal. Bar No. 211836) | WILMER CUTLER PICKERING |
| (Pro hac vice) |    HALE AND DORR LLP |
| FEINBERG DAY ALBERTI & THOMPSON LLP | 60 State Street |
| 1600 El Camino Real, Suite 280 | Boston, MA 02109 |
| Menlo Park, CA 94025 | (617) 526-6000 |
| Telephone: (650) 618-4364 | |
| Fax: (650) 618-4368 | Nina S. Tallon, *pro hac vice* |
| Email: ifeinberg@feinday.com | nina.tallon@wilmerhale.com |
| Email: eday@feinday.com | WILMER CUTLER PICKERING |
| Email: mbelloli@feinday.com |    HALE AND DORR LLP |
| Email: slim@feinday.com | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| Attorneys for Intellectual Ventures | (202) 663-6000 |
| | |
| | Arthur W. Coviello, *pro hac vice* |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | (650) 858-6069 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2014, I served a copy of the foregoing document on all counsel who have consented to electronic service by filing it electronically and via the Court's CM/ECF system. I served any other counsel of record not deemed to have consented to electronic service by facsimile on the same date.

s/J. Daniel Bishop
J. Daniel Bishop (NC Bar No. 17333)
Amy N. Bokor (NC Bar No. 35316
Erwin, Bishop, Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, North Carolina 28211
Phone: (704) 716-1200
Fax: (704) 716-1201
Email: dbishop@ebcmlaw.com
Email: abokor@ebcmlaw.com
